BERNARD PEYTON, Individually and as Ancillary Executor of ANNE DUPONT PEYTON, Deceased, Respondents, *v.* ROBERT E. COULSON et al., Individually and as Trustees under the Will of WILLIAM C. PEYTON, Deceased, Appellants.

Argued February 26, 1947; decided April 11, 1947.

*Louis Connick, Robert H. O'Brien* and *David S. Junker* for appellants.

*Otis T. Bradley, Charles Poletti, Ferdinand J. Wolf* and *William R. Meagher* for respondents.

Order affirmed, with costs. Questions certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.